UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNESA RAMIREZ ) | Case No.: 1:14-cv-00775-SAB |
| Plaintiff, ) | |
| v. ) | ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | (ECF No. 13) |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that:

1. Plaintiff's opening brief shall be filed on or before January 13, 2015;
2. Defendant's responsive brief shall be filed on or before February 13, 2015, and
3. Plaintiff may file a reply on or before March 2, 2015.

IT IS SO ORDERED.

Dated:   **December 15, 2014**

_____
UNITED STATES MAGISTRATE JUDGE