1 | Denise Bourgeois Haley
Attorney at Law: 143709
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

5 | Attorneys for Plaintiff
Vannesa Ramirez
6 |

7 |

8 | **UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
9 |

10 | VANNESA RAMIREZ,                    ) Case No.: 1:14-cv-00775-SAB
                                         )
11 |                                     ) ORDER AWARDING EQUAL
                     Plaintiff,          ) ACCESS TO JUSTICE ACT
12 |                                     ) ATTORNEY FEES AND EXPENSES
               vs.                       ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | CAROLYN W. COLVIN, Acting           ) AND COSTS PURSUANT TO 28
Commissioner of Social Security,        ) U.S.C. § 1920
14 |                                     )
                                         )
15 |                 Defendant            )
                                         )
16 | _____ )

17 |          Based upon the parties' Stipulation for the Award and Payment of Equal

18 | Access to Justice Act Fees, Costs, and Expenses:

19 |          IT IS ORDERED that fees and expenses in the amount of $4,700.00 as

20 | authorized by 28 U.S.C. § 2412, and costs in the amount of $15.00 as authorized

21 | by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22 | IT IS SO ORDERED.

23 | Dated: __**April 30, 2015**__

24 | _____
                                  UNITED STATES MAGISTRATE JUDGE
25 |

26 |